1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    NGHIA TRUONG,                          1:13-cv-01748-GSA (HC)

12                    Petitioner,

13          v.                               ORDER TRANSFERRING CASE TO THE
                                             UNITED STATES DISTRICT COURT FOR
14    RON DAVIS,                             THE NORTHERN DISTRICT OF
                                             CALIFORNIA
15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

18    28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

19    § 1915.

20          The federal venue statute requires that a civil action, other than one based on diversity

21    jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

22    defendants reside in the same state, (2) a judicial district in which a substantial part of the events

23    or omissions giving rise to the claim occurred, or a substantial part of the property that is the

24    subject of the action is situated, or  (3) a judicial district in which any defendant may be found, if

25    there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

26          In this case, the petitioner is challenging a conviction from San Mateo County, which is in

27    the Northern District of California.  Therefore, the petition should have been filed in the United

28    States District Court for the Northern District of California.  In the interest of justice, a federal

court may transfer a case filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a);  <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated:   **November 4, 2013**                          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

2